**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cv-00883-HDM-VPC |
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BEN SMITH, | ) | |
| | ) | |
| Respondent. | ) | |

On December 8, 2011, the government filed the instant petition to enforce an Internal Revenue Service ("IRS") summons (#1). On December 15, 2011, the court issued an order to show cause and set a show cause hearing. On February 2, 2012, the government notified the court that it had obtained satisfactory compliance with the IRS summons that is the subject of this action (#5). Therefore, the government stated, there is no longer a need for a show cause hearing, and this matter may be closed.

Accordingly, the show cause hearing scheduled for Wednesday, February 15, 2012, at 10 a.m., is hereby **VACATED**, and the instant

1

petition to enforce IRS summons (#1) is hereby **DISMISSED**.

**IT IS SO ORDERED.**

DATED: This 3rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE